| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>THE LAW OFFICES OF TYSON M. TAKEUCHI<br>TYSON M. TAKEUCHI, SBN 177419<br>1055 WILSHIRE BOULEVARD, SUITE 850<br>LOS ANGELES, CALIFORNIA 90017<br>Telephone: (213) 637-1566<br>Facsimile: (888) 977-6310<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor*  Debtor | FOR COURT USE ONLY |
|---|---|

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>Hugo Rene Sipaque<br>Sandra Marie Sipaque<br><br><br>Debtor(s) | CASE NO.: 2:21-bk-13508-BB<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?  ☐ Yes  ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☒ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☐ Schedule H      ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2   ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☐ Master Mailing List
☐ Other *(specify)* _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 08/10/2021

Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Hugo Rene Sipaque | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Sandra Marie Sipaque | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☑ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **9620 Mines Ave Pico Rivera, CA 90660  Los Angeles County**<br>Line from *Schedule A/B*: **1.1** | $589,035.00 | ☑ $600,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **Furniture**<br>Line from *Schedule A/B*: **6.1** | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Misc. Electronics**<br>Line from *Schedule A/B*: **7.1** | $600.00 | ☑ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Clothes**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Checking and Savings account: SCE Credit Union**<br>Line from *Schedule A/B*: **17.1** | $589.00 | ☑ $589.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Pension: UTU Trust Fund**<br>Line from *Schedule A/B*: **21.1** | $20,000.00 | ☑ $20,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.110 |

| | |
|---|---|
| Debtor 1  **Hugo Rene Sipaque** | |
| Debtor 2  **Sandra Marie Sipaque** | Case number (if known) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☐ No
   - ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☑ No
     - ☐ Yes

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 Wilshire Blvd Suite 850 Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 08/10/2021_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/10/2021 | Armen Galstian | | |
|---|---|---|---|
| Date | Printed Name | | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*      Page 2      F 1007-1.1.AMENDED.SUMMARY

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:21-bk-13508-BB<br>Central District of California<br>Los Angeles<br>Tue Aug 10 16:58:54 PDT 2021 | DANIEL'S JEWELERS<br>C/O MERCHANTS CREDIT SOLUTIONS<br>PO BOX 3664<br>TUSTIN, CA 92781-3664 | Merchants Acquisition Group LLC<br>PO Box 3664<br>Tustin, CA 92781-3664 |
| Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 | American Express<br>c/o Michael & Associates, PC<br>Case # 19NWLC01087<br>555 St. Charles Dr. Ste 204<br>Thousand Oaks, CA 91360-3992 |
| American Express Company<br>Agent for Service of Process<br>CT Corp System (C0168406)<br>200 VESEY STREET<br>New York, NY 10285-1000 | American Honda Finance<br>10801 Walker St Ste 140<br>Cypress, CA 90630-5042 | Asset Recovery Solutions, Llc<br>2200 E Devon Ave Ste 200<br>Des Plaines, IL 60018-4501 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | CA Housing Finance Agency<br>Loan Administration MS-350<br>500 Capitol Mall, Suite 1400<br>Sacramento, CA 95814-4740 | Cap 1/Helzberg's Diamond<br>PO Box 30253<br>Salt Lake City, UT 84130-0253 |
| Capital One Bank Usa<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Comenity Capital Bank/Toyo<br>PO Box 182120<br>Columbus, OH 43218-2120 | Credit Control Services Inc<br>725 Canton St<br>Norwood, MA 02062-2679 |
| Credit One Bank<br>PO Box 98872<br>Las Vegas, NV 89193-8872 | Curacao<br>1605 W Olympic Blvd Ste 600<br>Los Angeles, CA 90015-3860 | Daniels Jewelers<br>PO Box 3750<br>Culver City, CA 90231-3750 |
| Directv<br>Po Box 105261<br>Atlanta, GA 30348-5261 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Don Roberto Jewelers<br>205 Avenida Fabricante<br>San Clemente, CA 92672-7531 |
| Ed Financial Services<br>120 N Seven Oaks Dr<br>Knoxville, TN 37922-2359 | Equifax<br>PO Box 144717<br>Orlando, FL 32814-4717 | Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>Profile Maintenance<br>PO Box 9558<br>Allen, TX 75013-9558 | Fitness 19 c/o Aldous & Assoc<br>Acct 1934602<br>Box 171374<br>Salt Lake City, UT 84117-1374 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Hc Processing Center<br>PO Box 829<br>Springdale, AR 72765-0829 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |

| | | |
|---|---|---|
| LA Times<br>Box 79151<br>Phoenix, AZ 85062-9151 | Lakeview Loan Servicing LLC<br>PO Box 8068<br>Virginia Beach, VA 23450-8068 | Lending Club Corporation<br>595 Market Street Ste 400<br>San Francisco, CA 94105-5839 |
| Loancare LLC<br>3637 Sentara Wy Ste 303<br>Virginia Beach, VA 23452-4262 | Mandarich Law Group LLP<br>case 19NWCV00634<br>Box 109032<br>Chicago, IL 60610-9032 | Merrick Bank<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 |
| Midland Credit Mgmt<br>350 Camino De La Reina Suite 100<br>San Diego, CA 92108-3007 | Midland Funding Llc<br>320 East Big Beaver Rd #300<br>Troy, MI 48083-1271 | (p)NEW AMERICAN FUNDING<br>ATTN BANKRUPTCY DEPARTMENT<br>P O BOX 170581<br>AUSTIN TX 78717-0031 |
| Northrup Fcu<br>PO Box 5011<br>Hawthorne, CA 90251-5011 | Northrup Grumman Fcu<br>PO Box 5011<br>Hawthorne, CA 90251-5011 | Northstar Location Services, Llc<br>Attn: Financial Service Dept<br>Po Box 49<br>Bowmansville, NY 14026-0049 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Rash Curtis and Associates<br>PO Box 5790<br>Vacaville, CA 95696-5790 | SCE Fcu<br>3810 Durbin St<br>Baldwin Park, CA 91706-6800 |
| Seventh Avenue<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Syncb/Care Credit<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb/Chevron Plcc<br>Po Box 965015<br>Orlando, FL 32896-5015 |
| Syncb/Jewelry Custom<br>PO Box 965036<br>Orlando, FL 32896-5036 | Tbom Retail<br>PO Box 4499<br>Beaverton, OR 97076-4499 | Tbom/Fortiva<br>PO Box 105555<br>Atlanta, GA 30348-5555 |
| The Best Service Company<br>6700 S Centinela Ave 3rd Fl<br>Culver City, CA 90230-6304 | The Home Depot/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| Trans Union Corporation<br>Attn: Public Records Department<br>555 W Adams St.<br>Chicago, IL 60661-3631 | UDC, LLC<br>3460 Lotus Dr Ste 150<br>Plano, TX 75075-7834 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| Webbank/Fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | Whittier Dental Specialist Center<br>7201 S. Painter Avenue<br>Whittier, CA 90602-1451 | Carolyn A Dye (TR)<br>Law Offices of Carolyn Dye<br>15030 Ventura Blvd., Suite 527<br>Sherman Oaks, CA 91403-5470 |

Hugo Rene Sipaque
9620 Mines Ave
Pico Rivera, CA 90660-3127

Sandra Marie Sipaque
9620 Mines Ave
Pico Rivera, CA 90660-3127

Tyson Takeuchi
Law Offices of Tyson Takeuchi
1055 Wilshire Blvd
Suite 850
Los Angeles, CA 90017-2467

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Po Box 982238
El Paso, TX 79998

Discover Financial
PO Box 15316
Wilmington, DE 19850-5316

Internal Revenue Service
Centralized Insolvency Operation
Po Box 21126
Philadelphia, PA 19114-0326

Jefferson Capital System
16 Mcleland Rd
Saint Cloud, MN 56303

(d)Jefferson Capital Systems
16 McLeland Rd
Saint Cloud, MN 56303-2198

New American Funding
11001 Lakeline Blvd Ste 325
Austin, TX 78717

Portfolio Recovery
120 Coroporate Blvd Ste 100
Norfolk, VA 23502

Toyota Motor Credit Corp
5005 N River Blvd Ne
Cedar Rapids, IA 52411


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF

(d)Daniels Jewelers
Po Box 3750
Culver City, CA 90231-3750

End of Label Matrix
Mailable recipients    62
Bypassed recipients     2
Total                  64